HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:05-cr-00112-AWI-2 |
| Plaintiff, | **UNOPPOSED REQUEST TO EXTEND DEADLINE FOR FILING RESPONSE; ORDER** |
| v. | |
| MANUEL CAMACHO ALVAREZ, | |
| Defendant. | Judge:  Honorable ANTHONY W. ISHII |

Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender David M. Porter, hereby requests that the deadline for filing a response to the Court's March 18, 2015 order be extended to **May 18, 2015**.  The undersigned is investigating Mr. Alvarez' case.  Counsel for the government, Assistant U.S. Attorney Kathleen A. Servatius, graciously indicated that she has no objection.

Dated:  April 17, 2015

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

1

2

**ORDER**

3        Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered

4 that the response to the Court's order of March 18, 2015, may be filed on or before May 18, 2015.

5 IT IS SO ORDERED.

6 Dated:   April 17, 2015   _____

7                                    SENIOR  DISTRICT  JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28