AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:05-cr-00112-DAD   Document 147   Filed 08/11/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| MANUEL CAMACHO ALVAREZ | ) | Case No: | 1:05CR00112-002 |
| | ) | USM No: | 62180-097 |
| Date of Original Judgment: 03/06/2006 | ) | | |
| Date of Previous Amended Judgment: | ) | Hannah Rose Labaree, FD | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   03/08/2006   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   08/11/2016                              /s/ DALE A. DROZD
                                                    *Judge's signature*

Effective Date: _____                              United States District Judge Dale A. Drozd
*(if different from order date)*                      *Printed name and title*